IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN P. KELLY,
    Plaintiff,

vs.                                                      Case No:  3:14cv677/RV/EMT

BETTY ELY,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 27, 2015 (doc. 19).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the objections thereto (doc. 20), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This cause is **DISMISSED** for lack of subject matter jurisdiction.

3.    All pending motions are **DENIED** as moot.

4.    The clerk shall enter judgment accordingly and close the file.

**DONE AND ORDERED** this 10th day of March, 2015.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**